991 A.2d 214

IN THE MATTER OF EDWARD J. CRISONINO,
AN ATTORNEY AT LAW.

March 24, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–275, concluding that **EDWARD J. CRISONINO of WESTMONT,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.4(c) (conduct involving dishonesty, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **EDWARD J. CRISONINO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.